IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

AUG 2 5 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| FG HEMISPHERE ASSOCIATES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H – 02 – 4261 |
| THE REPUBLIQUE DU CONGO, et al., | § § § | |
| Defendants. | § § § | |

## ORDER

Garnishees' Motion for Reconsideration and to Vacate Preliminary Injunction (Doc. #254) is **DENIED**. The injunction previously entered in this case on August 12, 2005 (Doc. #246) is hereby extended for thirty days. No additional bond will be required.

IT IS SO ORDERED.

SIGNED this 24th day of August, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.