UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FG HEMISPHERE ASSOCIATES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-02-4261 |
| | § | |
| THE REPUBLIQUE DU CONGO, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

After considering Plaintiff FG Hemisphere Associates, L.L.C.'s ("FG Hemisphere") Opposed Motion for Order Requiring République du Congo ("Congo") and Garnishees to Show Cause Why They Should Not Be Held In Contempt of Court (the "Motion"), Docket No. 172, and the record and pleadings in this case, the Court finds that contempt sanctions are not appropriate at this time. The motion is therefore **DENIED** without prejudice to refiling.

**IT IS SO ORDERED**.

SIGNED this 15th day of September, 2005.

Keith P. Ellison
United States District Judge

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**