UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FG HEMISPHERE ASSOCIATES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-02-4261 |
| | § | |
| THE REPUBLIQUE DU CONGO, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Plaintiff FG Hemisphere Associates, L.L.C. ("FG Hemisphere") has brought the instant action against Defendant République du Congo ("the Congo") and Garnishees CMS Nomeco Congo, L.L.C., The Nuevo Congo L.L.C., and Nuevo Congo Ltd. (collectively, "Garnishees") to recover a debt owed to FG Hemisphere by the Congo.  FG Hemisphere now alleges that the Garnishees have engaged in a fraudulent transfer by selling to a foreign corporation the working interests that generate the royalty obligations subject to writs of garnishment in this case.  FG Hemisphere has filed an emergency motion, Docket No. 259, requesting this Court to compel Garnishees to produce documents that, Garnishees claim, are protected by the attorney-client and work product privileges.  After considering the parties' filings and the applicable law, the Court concludes that production of the documents is unnecessary at this time.  The motion is therefore **DENIED** without prejudice to refiling.

   **IT IS SO ORDERED**.

   SIGNED this 15th day of September, 2005.

*[signature]*
Keith P. Ellison
United States District Judge