UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, L.L.C., § § § § Plaintiff, § VS. § § RÉPUBLIQUE DU CONGO, § § Defendant, § § and § § CMS OIL AND GAS COMPANY, *et al.*, § § Garnishees. § | CIVIL ACTION NO. H-02-4261 |

## MEMORANDUM AND ORDER

Pending before the Court is the Garnishees' motion for an oral hearing on their motion to transfer this case to the United States District Court for the Western District of Texas, Austin Division. The motion for oral hearing, Docket No. 346, does not comply with this Court's conference requirement, which mandates that counsel for the movant contact counsel for all other parties at least two (2) full business days before filing the motion, to ascertain whether the motion is opposed. The certificate of conference should reflect the outcome of that conference. Unopposed motions should be captioned as such. The motion for oral hearing is, therefore, **DENIED WITHOUT PREJUDICE TO REFILING**. If refiled, the motion should include a proper certificate of conference.

1

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 23rd day of January, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**