Case 4:02-cv-04261   Document 373   Filed in TXSD on 02/22/06   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FG HEMISHERE ASSOCIATES LLC, | § | |
| Plaintiff, | § | |
| and | § | |
| AF-CAP, INC., WALKER INTERNATIONAL HOLDINGS LIMITED, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA, | § | |
| Intervenor Plaintiffs, | § | CIVIL ACTION NO. H-02-4261 |
| VS. | § | |
| THE RÉPUBLIQUE DU CONGO, | § | |
| Defendant, | § | |
| and | § | |
| CMS NOMECO INTERNATIONAL CONGO HOLDINGS INC., *et al.*, | § | |
| Garnishees. | § | |

**MEMORANDUM AND ORDER**

Pending before the Court are Intervenor Plaintiffs Af-Cap, Inc.'s ("Af-Cap") and Walker International Holdings, Limited's ("Walker") motions to strike portions of Garnishees' Answers to Af-Cap's and Walker's Complaints in intervention. Pursuant to the Court's ruling at the motion hearing held February 22, 2006, the motions, Docket Nos. 338 and 339, are hereby **DENIED**.

1

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 22nd day of February, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**