UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FG HEMISHERE ASSOCIATES LLC, § <br> § <br> Plaintiff, § <br> § <br> and § <br> § <br> AF-CAP, INC., § <br> WALKER INTERNATIONAL § <br> HOLDINGS LIMITED, § <br> and § <br> NATIONAL UNION FIRE INSURANCE § <br> COMPANY OF PITTSBURGH PA, § <br> § <br> Intervenor Plaintiffs, § <br> VS. § <br> § <br> THE RÉPUBLIQUE DU CONGO, § <br> § <br> Defendant, § <br> § <br> and § <br> § <br> CMS NOMECO INTERNATIONAL § <br> CONGO HOLDINGS INC., *et al.*, § <br> § <br> Garnishees. § | CIVIL ACTION NO. H-02-4261 |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's emergency motion for expedited discovery concerning the lifting of oil that is scheduled to take place on or about April 6, 2006, in Congolese waters.  The République du Congo opposes expedited discovery but has refused to delay the lifting until discovery regarding it has been completed.  Under these circumstances, the Court finds that the motion, Docket No. 384, should be and hereby is **GRANTED**.  The Garnishees and the Congo are hereby **ORDERED** to produce the requested documents and information on or before Monday, April 3, 2006.

1

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 30th day of March, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**