**EXHIBIT E**

S &S TRANSLATION 04/09/04

PERENCO SA
Lyford Manor - Lyford Cay
West Bay Street -- PO Box No. 10051
NASSAU (Bahamas)

Mr. TCHISSAMBOT                                                                    November 25, 2002
General Manager of Hydrocarbons
MINISTRY OF HYDROCARBONS
BP 2120
BRAZZAVILLE
(Congo Republic)

**RE: Legal proceeding commenced in the United States against the Congo Republic**

Dear General Manager:

I am very troubled by these proceedings.

You will find enclosed a memorandum from our General Counsel who refers to the extremely high costs that we have taken on to defend the Congo Republic and not be compelled to pay royalties to the corporations involved: Bank of Connecticut and FG Hemisphere Associates, LLC.

Unfortunately, given the costs at stake, we must ask you to reimburse us for the outside costs that we would be forced to assume to continue our defense. If not, we will have to stop these efforts and risk being obligated to pay the corporations concerned directly.

Please inform us, very promptly, if you are prepared to reimburse us for the cost we are taking on or if we will stop our efforts and leave your direct defense to you.

                                                                                           Very respectfully yours,

                                                                                           [signature]
                                                                                           Jean-Michel RUNACHER

cc: Mr. Bruno ITOUA/SNPC
    Mr. Blaise ELENGA/SNPC

NYDOCS04\399963

04/06/04  15:25 FAX 5124７   ANDREWS KURTH   ☒002
APR 06 2004 12:06PM  FG MGMT        2.  .87 4085    P.2
25/11/2002  17:32     8                           PAGE  02



**PERENCO SA**
Lyford Manor - Lyford Cay
West Bay Street - PO Box N° 10051
NASSAU (Bahamas)

Monsieur TCHISSAMBOT                           25 novembre 2002
Directeur Général des Hydrocarbures
MINISTERE DES HYDROCARBURES
BP 2120
BRAZZAVILLE
(République du Congo)

RE : Procès engagés aux Etats-Unis contre la République du Congo

Monsieur le Directeur Général,

Je suis très embarrassé par ces procès.

Vous trouverez, ci-joint, une note de notre General Counsel qui fait état des coûts extrêmement élevés que nous avons engagés pour défendre la République du Congo et ne pas être forcés de payer les royalties aux sociétés impliquées : Bank of Connecticut et FG Hemisphere Associates, LLC.

Malheureusement, compte-tenu des coûts à engager, nous devons vous demander de bien vouloir nous rembourser les coûts extérieurs que nous serions forcés d'engager pour continuer à nous défendre. Sinon, nous devrons arrêter ces efforts et risquer d'être obligés de payer les sociétés en question directement.

Merci de nous faire savoir, très rapidement, si vous êtes prêts à nous rembourser les coûts que nous engageons ou si nous arrêtons les procédures et si nous vous laissons vous défendre directement.

Je vous prie d'agréer, Monsieur le Directeur Général, l'expression de ma haute considération.

Jean-Michel RUNACHER

cc : Monsieur Bruno ITOUA/SNPC
     Monsieur Blaise ELENGA/SNPC

PER 007446

STATE OF NEW YORK )
COUNTY OF NEW YORK )
CITY OF NEW YORK )

AFFIDAVIT CERTIFYING ACCURACY OF TRANSLATION

Jean Alice Campbell, being duly sworn, deposes and says:

1. That she is thoroughly familiar with the French and English languages, by virtue of, as to English, having English as her native tongue, and as to French, having two years of study and twenty-three years of practice as official bank and legal translator.

2. That on April 9, 2004, she has drafted the translation to English of the letter dated November 25, 2002, originally drafted in the French language.

3. That the attached translation is a true and accurate English version of the French original.

4. That she resides at 10 Columbia Place, Ground Floor, Brooklyn, NY 11201.

_____
Jean A. Campbell

Subscribed and sworn to before me
this ___ day of _April_, 2004

_____
Notary Public

MARIA A. MOLINELLI
Notary Public, State of New York
No. 01MO4961497
Qualified in New York County
Commission Expires February 5, ____