IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, L.L.C.<br>Plaintiff,<br><br>v.<br><br>RÉPUBLIQUE DU CONGO,<br>Defendant,<br>And<br>CMS OIL AND GAS COMPANY,<br>CMS OIL AND GAS (INTERNATIONAL) COMPANY,<br>CMS NOMECO INTERNATIONAL CONGO HOLDINGS, INC.,<br>CMS NOMECO CONGO, INC.,<br>CMS OIL AND GAS (HOLDINGS), LTD.,<br>CMS OIL AND GAS (INTERNATIONAL) LTD.,<br>CMS NOMECO CONGO LDC,<br>CMS OIL AND GAS (CONGO) LTD.,<br>CMS OIL AND GAS (SERVICES) COMPANY,<br>NUEVO ENERGY COMPANY,<br>THE NUEVO CONGO COMPANY,<br>THE CONGO HOLDING COMPANY,<br>NUEVO CONGO, LTD.,<br>NUEVO INTERNATIONAL INC.,<br>NUEVO INTERNATIONAL HOLDINGS, LTD.,<br>PERENCO INC.,<br>PERENCO OIL AND GAS (INTERNATIONAL) COMPANY,<br>PERENCO INTERNATIONAL (CONGO) INC.,<br>PERENCO OIL AND GAS (SERVICES) COMPANY and LANKAN INC.<br>Garnishees. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. H-02-4261 |

## FINAL JUDGMENT

In accordance with the agreement of the parties, it is ORDERED AND ADJUDGED that:

1. All pending motions and applications are dismissed with prejudice.

2. All claims in this case by and against all parties, including FG Hemisphere Associates, LLC ("FG Hemisphere"); the garnishees, CMS Nomeco Congo Inc., The Nuevo

HOU:2669619.2

Congo Company, and Nuevo Congo Ltd., and the other putative garnishees, regardless of whether such entities were served in this matter; and the intervenors, Af-Cap, Inc., Walker International Holdings Limited, and National Union Fire Insurance Company of Pittsburgh, PA, are dismissed with prejudice, and therefore, this is a final judgment.

3. The bond in the amount of Ten Thousand Dollars ($10,000.00) that was posted by FG Hemisphere shall be refunded by the Clerk to FG Hemisphere pursuant to a check made payable to FG Hemisphere Associates, LLC, c/o Andrews Kurth LLP, Attn: Dillon Ferguson, 600 Travis, Suite 4200, Houston, Texas 77002.

4. Each party is to bear its own costs.

5. All other relief not expressly granted is denied.

SIGNED this 14th day of September, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

HOU:2669619.2