IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FG HEMISPHERE ASSOCIATES, L.L.C. §
        Plaintiff, §
    §
V. §
    §
RÉPUBLIQUE DU CONGO, §
        Defendant, §
And §
CMS OIL AND GAS COMPANY, §
CMS OIL AND GAS (INTERNATIONAL) §
COMPANY, §
CMS NOMECO INTERNATIONAL CONGO §
HOLDINGS, INC., §
CMS NOMECO CONGO, INC., §
CMS OIL AND GAS (HOLDINGS), LTD., §
CMS OIL AND GAS (INTERNATIONAL) LTD., §
CMS NOMECO CONGO LDC, §
CMS OIL AND GAS (CONGO) LTD., §
CMS OIL AND GAS (SERVICES) COMPANY, §
NUEVO ENERGY COMPANY, § CIVIL ACTION NO. H-02-4261
THE NUEVO CONGO COMPANY, §
THE CONGO HOLDING COMPANY, §
NUEVO CONGO, LTD., §
NUEVO INTERNATIONAL INC., §
NUEVO INTERNATIONAL HOLDINGS, LTD., §
PERENCO INC., §
PERENCO OIL AND GAS (INTERNATIONAL) §
COMPANY, §
PERENCO INTERNATIONAL (CONGO) INC., §
PERENCO OIL AND GAS (SERVICES) §
COMPANY and LANKAN INC. §
        Garnishees. §

## AMENDMENT TO FINAL JUDGMENT

FG Hemisphere Associates, LLC shall receive all accrued and accruing interest on the bond that was posted. All other terms and conditions of the Final Judgment remain unchanged.

**IT IS SO ORDERED**.

Signed at Houston, Texas on this 18th day of September 2007.

                                         KEITH P. ELLISON
                                         UNITED STATES DISTRICT JUDGE