IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, L.L.C.<br>　　　　　Plaintiff,<br><br>v.<br><br>RÉPUBLIQUE DU CONGO,<br>　　　　　Defendant,<br>And<br>CMS OIL AND GAS COMPANY,<br>CMS OIL AND GAS (INTERNATIONAL) COMPANY,<br>CMS NOMECO INTERNATIONAL CONGO HOLDINGS, INC.,<br>CMS NOMECO CONGO, INC.,<br>CMS OIL AND GAS (HOLDINGS), LTD.,<br>CMS OIL AND GAS (INTERNATIONAL) LTD.,<br>CMS NOMECO CONGO LDC,<br>CMS OIL AND GAS (CONGO) LTD.,<br>CMS OIL AND GAS (SERVICES) COMPANY,<br>NUEVO ENERGY COMPANY,<br>THE NUEVO CONGO COMPANY,<br>THE CONGO HOLDING COMPANY,<br>NUEVO CONGO, LTD.,<br>NUEVO INTERNATIONAL INC.,<br>NUEVO INTERNATIONAL HOLDINGS, LTD.,<br>PERENCO INC.,<br>PERENCO OIL AND GAS (INTERNATIONAL) COMPANY,<br>PERENCO INTERNATIONAL (CONGO) INC.,<br>PERENCO OIL AND GAS (SERVICES) COMPANY and LANKAN INC.<br>　　　　　Garnishees. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. H-02-4261 |

**AMENDMENT TO FINAL JUDGMENT**

　　FG Hemisphere Associates, LLC shall receive all accrued and accruing interest on the bond that was posted.  All other terms and conditions of the Final Judgment remain unchanged.

　　**IT IS SO ORDERED**.

　　Signed at Houston, Texas on this 18th day of September 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KEITH P. ELLISON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE